UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AVENILLA CASTIEN-KERSTETER, | CASE NO. C20-6071BHS |
| Plaintiff, | ORDER |
| v. | |
| GEICO GENERAL INSURANCE COMPANY, | |
| Defendant. | |

THIS MATTER is before the Court on Plaintiff Avenilla Castien-Kersteter's Motion to Remand to Clark County Superior Court. [Dkt. # 10]. This underinsured motorist insurance case was properly removed because Castien-Kersteter's initial complaint named only an out-of-state defendant, Geico General Insurance Co.

Castien-Kersteter has since amended her complaint to add a non-diverse defendant, Lori McAllister. [Dkt. # 8]. She argues that she did so for bona fide reasons and that McAllister's presence in the case destroys diversity under 28 U.S.C. § 1332(a). Geico has not responded to the Motion.

ORDER - 1

1    Castien-Kersteter's Motion to Remand for lack of diversity jurisdiction is

2    **GRANTED**. This matter is REMANDED to Clark County Superior Court.

3    The Clerk shall close the case.

4    IT IS SO ORDERED.

5    Dated this 12th day of January, 2021.

 

BENJAMIN H. SETTLE
United States District Judge